## GRADY ROLLIN v. STATE.

No. A-8969.   Oct. 11, 1935.
(50 Pac. [2d] 1151.)

W. F. Duncan, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error was convicted of the crime of having possession of a still worm, and received a sentence of thirty days in jail and a fine of $50 and costs.

The petition in error and case-made was filed in this court on August 9, 1935.   No brief has been filed in support of defendant's assignments of error.

A careful examination of the record fails to disclose any fundamental or prejudicial errors.   The evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.